BERT TOTH v. KAY & KAY REALTY CORP.

October 11, 1972. Petition for certification granted.

EARL W. CALLOWAY, INC. v. SAND CASTLE, INC.

October 17, 1972. Petition for certification granted.

LONG BRANCH DIVISION OF THE UNITED CIVIC AND TAXPAYERS ORGANIZATION *ET AL.* v. DR. JAMES R. COWAN, *ET AL.*

October 17, 1972. Petition for certification denied. (See 119 *N. J. Super.* 306).

STATE OF NEW JERSEY v. HENRY W. ELAM.

October 17, 1972. Petition for certification denied.

IN THE MATTER OF ROBERT OX.

October 17, 1972. Petition for certification denied.

OUR LADY OF PRINCETON v. TOWNSHIP OF PRINCETON.

October 17, 1972. Petition for certification denied.